UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER YOUNG and
BRITTNEY YOUNG,

       Plaintiffs,                    Case No. 1:12-CV-610

v.                                 HON. GORDON J. QUIST

TAKHAR COLLECTION SERVICES,
LTD.,

       Defendant.
                          /

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 55(b)(2), judgment is entered in favor of Plaintiffs and against Defendant in the amount of $850.00, plus $1,689.00 in attorney fees and costs.

Dated: September 18, 2012                          /s/ Gordon J. Quist
                                                    GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE